# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 17, 2015

Mr. Carlo D'Angelo
100 E. Ferguson Street
Suite 1210
Tyler, TX 75702-0000

    No. 15-70007    Kosoul Chanthakoummane v. William Stephens, Director
    USDC No. 4:13-CV-67

Dear Mr. D'Angelo,

Before this appeal can proceed you must apply for a certificate of appealability (COA) to comply with 28 U.S.C. § 2253. If you wish to proceed, address your application for COA to this court. Also send a separate brief supporting the application. In the brief set forth the issues, clearly give supporting arguments and make appropriate record citations. Your "application for COA" and "brief in support" together may not exceed the length limitations set forth in FED R. APP. P. 32(a)(7). You must electronically file your documents within 40 days from the date of this letter. If you do not do so we will dismiss the appeal, see 5TH CIR. R. 42. Note that 5TH CIR. R. 31.4 and the Internal Operating Procedures following rules 27 and 31 provides the general sense of the court on the disposition of a variety of matters, which includes that except in the most extraordinary circumstances, the <u>maximum</u> extension for filing briefs is 30 days in criminal cases and 40 days in civil cases.

**New Guidance Regarding Citations in Pleadings.**

The court has approved an amendment to 5TH CIR. R. 28.2.2 granting the Clerk the authority to create a standard format for citation to the electronic record on appeal. You must use the new citation format when citing to the electronic record on appeal.

    A. In single record cases, use the short citation form, "ROA" followed by a period, followed by the page number. For example, "ROA.123."

    B. For multiple record cases, cite "ROA" followed by a period, followed by the Fifth Circuit appellate case number of the record referenced, followed by a period, followed by the page of the record. For example, "ROA.13-12345.123."

By copy of this letter, we advise counsel for respondent-appellee their response to the application and brief is due 30 days thereafter.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Monica R. Washington, Deputy Clerk
        504-310-7705

cc:  Ms. Fredericka Searle Sargent

Case No. 15-70007

KOSOUL CHANTHAKOUMMANE,

               Petitioner - Appellant

v.

WILLIAM STEPHENS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

               Respondent - Appellee